**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1143**

KING GRANT-DAVIS,

           Plaintiff - Appellant,

     v.

SUPREME COURT OF SOUTH CAROLINA; SOUTH CAROLINA COURT OF APPEALS; SOUTH CAROLINA, STATE OF,

           Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston. Patrick Michael Duffy, Senior District Judge. (2:15-cv-04019-PMD)

Submitted: April 19, 2016         Decided: April 22, 2016

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

King Grant-Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

King Grant-Davis appeals the district court's order accepting in part the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Grant-Davis v. Sup. Ct. of S.C., No. 2:15-cv-04019-PMD (D.S.C. Jan. 14, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2